NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

17-346


ACADIANA HELICOPTER SERVICE, LLC

VERSUS

JERRY SATTERFIELD

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT,
PARISH OF ST. MARTIN, NO. 84383
HONORABLE KEITH R. J. COMEAUX, DISTRICT JUDGE

**********

VAN H. KYZAR

JUDGE

**********

Court composed of Phyllis M. Keaty, Van H. Kyzar, and David E. Chatelain,[*] Judges.

APPEAL DISMISSED.
SUSPENSIVE APPEAL CONVERTED
TO SUPERVISORY WRIT.


Frank Barber, Attorney at Law
116 Field Street
New Iberia, Louisiana 70560
(337) 256-8370
Counsel for Defendant/Appellant:
    Jerry Satterfield

Barry Sallinger, Attorney at Law
820 East St. Mary Boulevard
Lafayette, Louisiana 70503
(337) 235-5791
Counsel for Plaintiff/Appellee:
    Acadiana Helicopter Service, LLC

---

[*]Honorable David E. Chatelain participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.

**KYZAR, Judge.**

Plaintiff, Acadiana Helicopter Service, LLC (AHS), filed a motion to dismiss the appeal taken by Defendant, Jerry Satterfield (Jerry), in docket number 17-244, which was unlodged at the time of the filing of the motion. For the reasons outlined in the opinion also rendered on this date in *Acadiana Helicopter Service, LLC v. Satterfield*, 17-244, we dismiss the appeal filed by Jerry, and Jerry is hereby given until May ___, 2017 (thirty days from the issuance of this opinion), to file a properly documented application for supervisory writs pursuant to Uniform Rules—Courts of Appeal, Rule 4–5.

**APPEAL DISMISSED. SUSPENSIVE APPEAL CONVERTED TO SUPERVISORY WRIT.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3 Uniform Rules, Courts of Appeal.